1097-15

CCA # 13-14-00199-CR                    OFFENSE: Aggravated Assault

STYLE: Andy Torres Ramos v. The State of Texas    COUNTY: San Patricio

TRIAL COURT:        36th District Court                                    _____ MOTION
TRIAL COURT #:      S-13-3236-CR                    FOR REHEARING IS: _____
TRIAL COURT JUDGE:  Hon. Starr Boldrick Bauer       DATE: 7/23/15
DISPOSITION: Affirm                                 JUDGE: Justice Garza
DATE: _____
JUSTICE: _____ PC ___ S ____
PUBLISH: _____        DNP: _____

CLK RECORD: _____    SUPP CLK RECORD _____
RPT RECORD: _____    SUPP RPT RECORD _____
STATE BR: _____    SUPP BR _____
APP BR: _____     PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # __1097-15__

-----------------

__APPELLANT'S__ Petition            Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____
__REFUSED__                          JUDGE: _____
DATE: __11/04/2015__                 SIGNED: _____    PC: _____
JUDGE: __Per Curiam__                PUBLISH: _____    DNP: _____

-----------------

_____ MOTION FOR REHEARING IN    MOTION FOR STAY OF MANDATE IS:
CCA IS: _____ ON _____    _____ ON _____
JUDGE: _____    JUDGE: _____